UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

PAUL DEAN SMITH,

    Petitioner,

v.                                                         Case No. 21-cv-12012

BECKY CARL,

    Respondent.

_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order dated January 24, 2023, this cause of action is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan this  24th  day of January, 2023.

                                                   KINIKIA ESSIX
                                                   CLERK OF THE COURT

                 BY:    <u>S/Lisa Wagner</u>
                             Lisa Wagner, Case Manager and
                             Deputy Clerk to
                             Judge Robert H. Cleland
                             (810) 292-6522